170 So. 223

Warnie BRADHAM, alias Brabham, v.

STATE.

5 Div. 231.

Supreme Court of Alabama.

Oct. 15, 1936.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

Jacob A. Walker, of Opelika, opposed.

BOULDIN, Justice.

Petition of the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of

that court in Bradham v. State, 170 So. 222.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.